UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | MO: 15-CR-092 |
| | § | |
| FREDRICK ROSE | § | |

NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW FREDRICK ROSE, Defendant herein, by and through his attorney of record, Brent A. Morgan, and hereby give <u>Notice of Appeal</u> to the United States Court of Appeals, Fifth Circuit, from the Judgment and Commitment Upon Conviction for Possession with Intent to Distribute, orally pronounced by the Judge in open court on January 20, 2017, and later reduced to a written Judgment by the Court.

Respectfully submitted,

/s/ Brent A. Morgan
BRENT A. MORGAN
ATTORNEY AT LAW
415 W. WALL, SUITE 1412
MIDLAND, TEXAS 79701
(432) 247-1090
(432) 247-1405 FAX NUMBER
STATE BAR I.D. NO. 24051084
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I, Brent A. Morgan, hereby certify that on the 23rd day of January, 2017, a true and correct copy of the foregoing Notice of Appeal was delivered via electronic messaging service to the United States Attorney, Brandi Young.

/s/ Brent A. Morgan
BRENT A. MORGAN